**William P. Wheeler, by James B. Wheeler, appellee, v. City of LeRoy, appellant.**

Action for personal injury due to streets in an unsafe condition. Judgment for plaintiff. Appeal from the Circuit Court of McLean

county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

Leslie J. Owen and Stone & Dick, for appellant. Frank Gillespie, Costigan & Wollrab and W. R. Bach, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.